ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL XII

| | | |
|---|---|---|
| CATHY MARY SÁNCHEZ DELGADO<br><br>Peticionaria<br><br>v.<br><br>LUIS CINTRÓN ANDINO<br><br>Recurrido | TA2025CE00899 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Humacao<br><br>Caso Núm.: HSRF200700360<br><br>Sobre: Divorcio (Separación) |

Panel integrado por su presidente, el Juez Candelaria Rosa, el Juez Adames Soto y el Juez Campos Pérez y la Jueza Trigo Ferraiuoli

Campos Pérez, Juez Ponente

## RESOLUCIÓN

En San Juan, Puerto Rico, a 16 de diciembre de 2025.

En atención al recurso de *certiorari* intitulado *Exposición de hechos y fundamentos para la restitución de deuda y compensación de daños* que presentó la parte peticionaria el 9 de diciembre de 2025, el cual impugna la *Resolución Urgente* emitida el 4 de abril de 2025, por el Tribunal de Primera Instancia, Sala Superior de Humacao, disponemos:

Se desestima el recurso por falta de jurisdicción, debido a su presentación tardía, al amparo de la Regla 83 (C) del Reglamento del Tribunal de Apelaciones, *In re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 42, págs. 115-116, 215 DPR __ (2025), que autoriza a esta curia a desestimar un recurso apelativo, bajo el fundamento de falta de jurisdicción, estatuido en el inciso (B) (1) de la misma norma procesal.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones